# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TONY EUGENE SAFFOLD,                          1:07-cv-01120-AWI-TAG (HC)

          Petitioner,

                    **ORDER AUTHORIZING**
v.                                          **IN FORMA PAUPERIS STATUS**

K. MENDOZA-POWERS,

          Respondent.
_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **August 9, 2007**                         _____**/s/ Theresa A. Goldner**_____
                                          UNITED STATES MAGISTRATE JUDGE