UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EUGENE SAFFOLD,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>K. MENDOZA - POWERS,<br><br>　　　　Respondent.<br>_____ / | 1:07-cv-01120 AWI -TAG  (HC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ANSWER<br><br>(Doc. 12) |

　　　　On February 27, 2008, Respondent filed a request for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Doc. 12). The Court has considered Respondent's request, finds that good cause exists to grant it, and makes the following order:

　　　　1. Respondent's request for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus is GRANTED; and

　　　　2. Respondent shall have to and including March 27, 2008 to file an answer.

IT IS SO ORDERED.

Dated:  **February 27, 2008**　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE