IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TONY EUGENE SAFFOLD,** | 1:07-cv-01120-AWI-TAG (HC) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **K. MENDOZA-POWERS,** | (Doc. 15) |
| Respondent. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time to and including April 28, 2008, in which to file an answer to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated:  **March 28, 2008**                                              /s/ Theresa A. Goldner
                                                                                        UNITED STATES MAGISTRATE JUDGE

1