# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TONY EUGENE SAFFOLD,<br><br>　　　　Petitioner,<br><br>vs.<br><br>K. MENDOZA-POWERS,<br><br>　　　　Respondent. | **CASE NO. 1: 07-CV-1120 H (CAB)**<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On August 2, 2007, Tony Eugene Saffold ("Petitioner"), a California prisoner proceeding *pro se* and *in forma pauperis*, filed a petition for writ of habeas corpus with the United States District Court of the Eastern District of California pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) On June 24, 2009, the Court issued an order denying the petition for writ of habeas corpus. (Doc. No. 22.) On July 2, 2010, the United States Court of Appeals for the Ninth Circuit remanded the case to this Court for the limited purpose of granting or denying a certificate of appealability. (Doc. No. 29.) A certificate of appealability requires "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Considering the parties' submissions and the analysis set forth in the Court's June 24, 2009

order, the Court concludes that Petitioner has failed to make this showing.  Accordingly, the Court denies a certificate of appealability.

**IT IS SO ORDERED**.

DATED: July 12, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

All parties of record